IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAVID HASHIMZADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 3:16-cv-742 |
| | ) |
| LINDENWOOD FEMALE COLLEGE, INC. | ) |
| d/b/a LINDENWOOD UNIVERSITY | ) |
| Serve: Garrett C. Reuter, Reg. Agent | ) |
| 12 Wolf Creek Drive, Ste. 100 | ) |
| Swansea, Illinois 62226 | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Now comes the plaintiff, Javid Hashimzade, by and through his attorneys,

PARKER LAW P.C., and for his cause of action against the defendant, Lindenwood

Female College, Inc., d/b/a Lindenwood University, states that:

### GENERAL ALLEGATIONS

### Parties, Jurisdiction, and Venue

1.     Plaintiff was at all relevant times, a resident in St. Clair County, Illinois

but a citizen of the Republic of Azerbaijan.

2.     Defendant, Lindenwood Female College, Inc., d/b/a Lindenwood

University, is, and was at all relevant times, a Missouri Corporation and doing

business in St. Clair County State of Illinois.

3.     The Court possesses subject matter jurisdiction over this civil action

pursuant to 28 U.S.C.  section 1332(a)(2) and 1332(c)(1) because this action is

between citizens of different states and because the matter in controversy exceeds

$75,000,00, exclusive of interest and costs.

4.     This action arises out of a personal injury involving the parties and caused by the negligence of Defendant. It occurred at 2600 West Main, Apartment 102-1, Belleville located in St. Clair County, Illinois and within this judicial district. Accordingly, venue is proper pursuant to 28 U.S.C. section 1391(a).

5.     On or about October 1, 2014, Plaintiff was a student and resident of Lindenwood Female College, Inc. d/b/a Lindenwood University residing in a furnished room provided by defendant in St. Clair County, Illinois.

6.     On or about October 1, 2014 Plaintiff was sleeping on the top bunk of a bunk bed provided by the defendant.

7.     Plaintiff, because the bunk bed had no rails, fell out of it onto the floor.

8.     At the time of the incident described above, Defendant was negligent in one or more of the following respects:

(a)     failed to provide guard rails for the top bunk bed;

(b)     failed to inform plaintiff that guard rails could be obtained;

(c)     prohibited the separation of the bunk bed so that neither student was required to sleep on the top bunk;

9.     As a direct and proximate result of one or more of the foregoing acts or omissions constituting negligence on the part of Defendant, Plaintiff has suffered extensive injuries including, but not limited to, injuries to his left wrist, eye, nose and face.

10.     As a direct and proximate result of one or more of the foregoing acts or omissions constituting negligence on the part of Defendant, Plaintiff has incurred substantial medical expenses for necessary and appropriate medical care and will incur additional medical expenses for such necessary medical treatment into the

indeterminable future, has incurred past wage loss and will incur future wage loss; has experienced extreme pain and suffering and will continue to experience pain and suffering into the indeterminable future; and has experienced disability which will continue into the future.

WHEREFORE, Javid Hashimzade, prays that judgment be entered in his favor and against the Defendant, Lindenwood Female College, Inc., d/b/a Lindenwood University, in an amount exceeding $75,000,00, and that he be awarded her court costs incurred herein, as well as such other and further relief as this Court deems equitable and just.

PLAINTIFF DEMANDS
TRIAL BY JURY

PARKER LAW P.C.

By:   /s/ Marc W. Parker
Marc W. Parker #06203609
2814 N. Center Street
P.O. Box 365
Maryville, IL 62062-0365
618-288-6200
Fax:  618-288-9546
marcp@parkerlaw-pc.com
Attorney for Plaintiff